IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA )<br>　　　Plaintiff, )<br> )<br>　　　v. )<br> )<br>GAIL BAILEY REDMON, )<br>　　　Defendant, )<br>and )<br> )<br>JACK IN THE BOX EASTERN DIV., )<br>　　　Garnishee. ) | | CASE NO. 5:96CV19<br>(Financial Litigation Unit) |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against the Defendant, Gail Bailey Redmon, is DISMISSED.

**SO ORDERED**.　　　　　　　　　　Signed: November 18, 2010

_____
David S. Cayer
United States Magistrate Judge